IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-03281-CV-S-MDH |
| | ) | |
| CHRISTOPHER WALLACE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The Government has filed a Notice of Violation and Request for Warrant. (Doc. 22.) At this time, Defendant is conditionally released under the supervision of the United States Probation Office for the District of Columbia. Upon review, the undersigned finds probable cause to believe Defendant has failed to comply with his prescribed regimen of medical, psychiatric, or psychological care or treatment.

Therefore, pursuant to 18 U.S.C. § 4246(f), it is **ORDERED** that a bench warrant be issued for Defendant's arrest. Upon his arrest, the United States Marshal Service shall return Defendant to the United States Medical Center for Federal Prisoners in Springfield, Missouri without unnecessary delay, where he will be held for all hearings until a final determination is made in this matter.

**IT IS SO ORDERED.**

/s/ DAVID P. RUSH
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: July 23, 2020

**RECEIVED**
By Scarlet O'Farrell at 10:55 am, Jul 24, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 17-03281-CV-S-MDH |
| | ) |
| | ) |
| CHRISTOPHER WALLACE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VIOLATION AND REQUEST FOR WARRANT

**COMES NOW,** the United States of America, by and through the United States Attorney for the Western District of Missouri, and respectfully requests the Court to issue a warrant of arrest for the defendant, Christopher Wallace (Wallace). In support therefore, the plaintiff submits the following suggestions:

## SUGGESTIONS

1. On May 22, 2018, Wallace was committed to the custody of the Attorney General for hospitalization and treatment pursuant to the provisions of 18 U.S.C. § 4246. (Doc. 12.)

2. On June 18, 2020, this Honorable Court ordered Wallace to be conditionally released pursuant to 18 U.S.C. § 4246(e)(2). (Doc. 21.) In particular, Wallace's conditions of release require him to: condition 1) Mr. Wallace shall reside at La Casa Transitional Rehabilitation Program, 1131 Spring Rd NW, Washington, DC 20010, (202) 882-1237. This program provides participants with an Individualized Service Plan that identifies goals to be met in the program. The primary objective is to assist the participants in finding employment and moving into permanent housing. Registered sex offenders are able to participate. He shall remain at said

residence at the direction of U.S. Probation Officer. The U.S. Probation Office should be notified in advance of any changes from this residence. *Id.* at ¶¶ 1.

3. According to Sara Carruth, U.S. Probation Officer for the District of Columbia, Wallace has failed to comply with his conditions of release as ordered by the Court. A copy of the Officer's report detailing the violations of his conditional release is attached hereto as Exhibit A. (Exhibit A.)

4. Specifically, Officer Carruth reports on or about July 16, 2020, Mr. Wallace failed to reside at La Casa Transitional Rehabilitation Program and failed to notify his supervising United States Probation Officer of a change of residence. *Id.*

5. Furthermore, instructions were provided for Wallace to report to the United States Probation Office on July 22, 2020. Wallace failed to report as directed; however, he called Officer Carruth and reported he took pain pills, is not taking his psychotropic medications, and has been staying on the streets. Wallace refused to disclose his whereabouts and disconnected the call.

6. More recently, a criminal record check was conducted on July 22, 2020, which reveals no new arrests. His current whereabouts are unknown. According to Office Carruth, Wallace is due for his injectable medication in two weeks. *Id.*

6. As a result, Officer Carruth has requested that a warrant be issued for Wallace's arrest.

7. Pursuant to Title 18 U.S.C. Section 4246(f), the United States requests that this Court issue an immediate arrest warrant and order the defendant to be taken before this Court without unnecessary delay so that a hearing can be held to determine whether he should be confined in a suitable facility on the ground that, in light of his failure to comply with the conditions of his

2

release, his continued release would create a substantial risk of bodily injury to another person or serious damage to property of another.

8. It is recommended that Wallace be confined at the United States Medical Center for Federal Prisoners in Springfield, Missouri prior to the hearing on such matter.

**WHEREFORE,** the United States respectfully requests this Honorable Court to issue an order for the immediate arrest of the defendant, and authorizing his confinement until a hearing can be conducted on the matter of his conditional release violations.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By

*/s/Shane P. McCullough*
Shane P. McCullough
Special Assistant U.S. Attorney
WV Bar No. 11533
U.S. Medical Center
P.O. Box 4000
Springfield, MO  65801-4000

3

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the Notice of Violation and Request for Warrant (without exhibit) to:

Christopher Wallace
Reg. No. 09728-068
c/o Sara Carruth
United States Probation Officer
United States Probation Office
William B. Bryant United States Courthouse Annex
333 Constitution Avenue, N.W.
Washington, DC 20001

I further certify that the Office of Federal Public Defender receives the electronic notice of the filing using the court's ECF system.

Federal Public Defender
901 St. Louis St., Ste. 801
Springfield, MO  65806

on this 23rd day of July, 2020.

/s/Shane P. McCullough
Shane P. McCullough
Special Assistant U.S. Attorney

4

# Exhibit A

PROB 12A-DC
(Rev. 11/10)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

## U.S. Probation Office Memorandum
(Statement of Alleged Noncompliance of Conditional Release/Request for Warrant)

| | |
|---|---|
| To: | Douglas Harpool<br>United States District Judge<br>Western District of Missouri |
| Date: | 07/22/2020 |
| Name of Offender: | WALLACE, Christopher Clayton |
| Docket Number: | 6:17-CV-03281-MDH |
| Original Sentence: | 05/22/2018: Mr. Wallace was committed to the custody of the Attorney General, pursuant to 18 USC § 4246(d). On June 18, 2020, Your Honor found that Mr. Wallace met his burden, pursuant to 18 USC § 4246(e)(2), of establishing clear and convincing evidence that he would not pose a danger to others or to the property of others. Accordingly, he was conditionally released from his commitment on July 16, 2020. Special condition(s) as follows:<br><br>• reside at La Casa Transitional Rehabilitation Program<br>• mental health treatment<br>• medication compliance<br>• waive rights to confidentiality<br>• alcohol and illegal drug restrictions<br>• substance abuse treatment and testing<br>• firearm/destructive device/deadly weapon restriction<br>• warrantless searches<br>• not commit a federal, state, or local crime<br>• annual reports |
| Supervision Began: | 07/16/2020 |
| Supervision Expires: | Indefinite |

The probation officer believes Mr. Wallace is noncompliant with the condition(s) of his supervision as indicated below.

WALLACE, Christopher Clayton
Docket No: 6:17-CV-03281-MDH
Page 2

**Nature of Noncompliance:**

On or about July 16, 2020, in Washington, D.C., Mr. Wallace failed to reside at La Casa Transitional Rehabilitation Program and failed to notify his supervising United States Probation Officer of a change from this residence. Evidence to support this charge include the testimony of the supervising probation officer.

**Supervision Adjustment:** Mr. Wallace failed to contact the probation office as directed upon his release from incarceration. His residence is unstable, and his current whereabouts are unknown. A criminal record check conducted on July 22, 2020, reveals no new arrests.

On July 20, 2020, Mr. Wallace's Bureau of Prisons (BOP) social worker, Audra McConnell, reported La Casa is not conducting assessments and Mr. Wallace will reside with his uncle, Calvin Robinson, at 5909 Longfellow Street, Riverdale, Maryland 20737. This residence was not approved by the United States Probation Office and Mr. Robinson reports he is Mr. Wallace's friend not his uncle and is unwilling to provide a long-term stable residence for Mr. Wallace. Mr. Robinson reports Mr. Wallace is at his children's mother's residence in Greenbelt, Maryland; however, he was unable to provide the address. Instructions were provided for Mr. Wallace to report to the United States Probation Office on July 22, 2020. Mr. Wallace failed to report as directed; however, he called the supervising United States Probation Officer and stated he wants to go back to prison. He reported he took pain pills, is not taking his psychotropic medications, and has been staying on the streets. Mr. Wallace refused to disclose where he has been staying and disconnected the call. Mr. Wallace is not connected with mental health treatment and according to Ms. McConnell, he will need a Haldol injection in two weeks.

WALLACE, Christopher Clayton
Docket No: 6:17-CV-03281-MDH
Page 3

**Recommendation:** Issue a warrant in order to implement involuntary commitment proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

By: _____  
Sara Carruth                                Date  
United States Probation Officer

Digitally signed by Sara Carruth
Date: 2020.07.22 15:08:20 -04'00'

Approved by: _____  
Sondrá A. Rhodes, Supervisory    Date  
United States Probation Officer

2020.07.22 17:03:27 -04'00'

**Notice to Parties:**

**Government Office**
USMCFP
1900 West Sunshine Street
Springfield, MO 65807

**Defense Counsel**
Federal Public Defender's Office Western District of Missouri
901 St. Louis Street, Suite 801
Springfield, MO 65806

**Bureau of Prisons**
BOP Legal Department
P.O. Box 4000
Springfield, MO 65801-4000



**U.S. Department of Justice**

Federal Bureau of Prisons
U.S. Medical Center for Federal Prisoners
1900 West Sunshine
Springfield, MO 65807

---

July 23, 2020

U.S. Marshals Service
222 John Q. Hammons Pkwy.
Suite 1000
Springfield, MO 65806

Re:   **USA v. CHRISTOPER WALLACE**        Case No. 17-03281-CV-S-MDH

Dear Marshals:

The above-referenced inmate has violated his conditional release.   We have filed a Notice of Violation and Request for Warrant. The following is some identifying information for Christopher Wallace.

| | |
|---|---|
| **Name:** | Christopher Wallace |
| **Reg. No.:** | 09728-068 |
| **DOB:** | 11-09-1984 |
| **Race:** | B/M/O |
| **Sex:** | Male |
| **FBI No.:** | 163966CC0 |

**Last Known Address:**   Please contact the Probation Officer at 202-565-1300.

**Pretrial Services Officer:**   Sara Carruth, U.S. Probation Officer.

If further information is needed, please give me a call at 417-837-1710.

Sincerely,

/s/ Shane P. McCullough
Shane P. McCullough
Special Assistant U.S. Attorney